# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1506

EPLUS, INC.,

        Plaintiff-Appellee,

v.

LAWSON SOFTWARE, INC.,

        Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of Virginia in case no. 09-CV-0620, Judge Robert E. Payne.

Authorized Abbreviated Caption[2]

EPLUS, INC. V LAWSON SOFTWARE, INC., 2013-1506

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.