NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EPLUS, INC.,**
*Plaintiff-Appellee,*

v.

**LAWSON SOFTWARE, INC.,**
*Defendant-Appellant.*

---

2013-1506, -1587

---

Appeals from the United States District Court for the Eastern District of Virginia in No. 09-CV-0620, Senior Judge Robert E. Payne.

---

**ON MOTION**

---

Before DYK, PROST, and O'MALLEY, *Circuit Judges*.

Order for the court filed PER CURIAM.

Dissenting order filed by *Circuit Judge* O'MALLEY.

PER CURIAM.

**O R D E R**

Upon consideration of ePlus, Inc.'s motion for reconsideration of this court's September 19, 2013 stay order,

EPLUS, INC. V. LAWSON SOFTWARE, INC. 2

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

　/s/　Daniel E. O'Toole
　　　Daniel E. O'Toole
　　　Clerk

s19

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EPLUS, INC.,**
*Plaintiff-Appellee,*

v.

**LAWSON SOFTWARE, INC.,**
*Defendant-Appellant.*

---

2013-1506, -1587

---

Appeals from the United States District Court for the Eastern District of Virginia in No. 09-CV-0620, Senior Judge Robert E. Payne.

---

**ON MOTION**

---

O'MALLEY, *Circuit Judge*, dissenting.

I would grant the motion for reconsideration and deny all aspects of the requested stay.